THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHERYL WATKINS, | | |
| | Plaintiff, | NO. 2:18-CV-00706-RSL |
| v. | | STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
| ICON OWNER POOL 1 WEST, LLC, , | | |
| | Respondent. | NOTE ON HEARING CALENDAR: MAY 24TH, 2018 |

Plaintiff Cheryl Watkins ("Plaintiff") and Defendant Icon Owner Pool 1 West, LLC ("Defendant") (collectively the "Parties") hereby stipulate as follows:

1. Defendant filed with this Court Defendant's Notice of Removal on May 16, 2018. Pursuant to Fed.R.Civ.P 7.1, the deadline to file Defendant's Corporate Disclosure Statement was May 23, 2018.

2. Defendant has requested a short continuance to the deadline to file Defendant's Corporate Disclosure Statement from May 23, 2018 to June 1, 2018. Undersigned counsel for the Defendant has attempted to obtain the requisite information for

STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT'S CORPORATE DISCLOSURE STATEMENT: NO. 2:18-CV-00706-RSL
– Page 1

**SCHEER LAW GROUP LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

48  oe24am01

the Corporate Disclosure Statement from the client representative for the Defendant. In attempting to do so, it was discovered that the client representative was out of the office early for the Memorial holiday and will not be returning until after the holiday.

3. The Parties agree that the deadline to file Defendant's Corporate Disclosure Statement shall be moved to June 1, 2018.

DATED this 24th day of May, 2018.

SCHEER LAW GROUP LLP

By */s/ Jonathan Dirk Holt*
    Jonathan Dirk Holt, WSBA No. 28433
    Attorneys for Respondent

ROBERT D. BOHM, P.L.L.C.

By */s/ Robert D. Bohm*
    Robert D. Bohm, WSBA No. 42703
    Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO CONTINUE
DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT: NO. 2:18-CV-00706-RSL
– Page 2

**SCHEER LAW GROUP LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

48 oe24am01

# ORDER

Based on the Stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the date of Defendant's Corporate Disclosure Statement shall be continued to June 1, 2018, in accordance with deadline stipulated by the Parties.

IT IS SO ORDERED.

DATED: May 30, 2018

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented by: SCHEER LAW GROUP LLP

By */s/ Jonathan Dirk Holt*
   Jonathan Dirk Holt, WSBA No. 28433
   Attorneys for Respondent


ROBERT D. BOHM, P.L.L.C.

By */s/ Robert D. Bohm*
   Robert D. Bohm, WSBA No. 42703
   Attorneys for Plaintiff

STIPULATED MOTION AND ORDER TO CONTINUE DEFENDANT'S CORPORATE DISCLOSURE STATEMENT: NO. 2:18-CV-00706-RSL – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

48  oe24am01