UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERYL WATKINS,

    Plaintiff,

vs.

ICON OWNER POOL 1 WEST, LLC, *et al.*,

    Defendants.

NO. C18-706RSL

ORDER TO SHOW CAUSE

On June 4, 2018, the Court issued an order requiring the parties to file a Joint Status Report by July 2, 2018. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Monday, July 16, 2018, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of June 4, 2018. The Clerk is directed to place this Order to Show Cause on the Court's calendar for July 20, 2018.

DATED this 9th day of July, 2018.

                                                /s/ Robert S. Lasnik
                                              Robert S. Lasnik
                                              United States District Judge

ORDER TO SHOW CAUSE-1