# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHERYL WATKINS,

    Plaintiff,

vs.

ICON OWNER POOL 1 WEST, LLC, *et al.*,

    Defendants.

NO. C18-706RSL

ORDER VACATING ORDER TO SHOW CAUSE

On June 4, 2018, this Court issued an Order requiring the parties to file a Joint Status Report by July 2, 2018. On July 9, 2018, this Court issued an Order to Show Cause for failure to file a Joint Status Report. On July 9, 2018, the parties filed a Joint Status Report.

Therefore, the Court's Order to Show Cause entered on July 9, 2018, in the above captioned case, is hereby VACATED.

DATED this 10th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE-1