THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Cheryl Watkins,<br><br>        Plaintiff,<br><br>v.<br><br>ICON OWNER POOL 1 WEST, LLC,<br><br>        Defendant. | NO. 2:18-CV-00706-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE |

## I. STIPULATION

Plaintiff Cheryl Watkins ("Plaintiff") and Defendant ICON Owner Pool 1 West, LLC ("Defendant") by and through their respective attorneys of record, stipulate and agree that all claims by Plaintiff against Defendant are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANT ICON OWNER POOL 1 WEST, LLC WITH
PREJUDICE (Cause No. 2:18-CV-00706-RSL) – Page 1

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

1   DATED this 2nd day of August, 2018.

2   **ROBERT D. BOHM, P.L.L.C.**                    **SCHEER LAW GROUP LLP**

4   By /s/Robert D. Bohm                             By /s/ Jonathan Dirk Holt
      Robert D. Bohm WSBA #42703                        Jonathan Dirk Holt, WSBA No. 28433
5     Attorneys for Plaintiff Watkins                   Attorneys for Defendant ICON

6   **A. ROBERT E. THOMSON LAW OFFICES**

8   By /s/ Robert E. Thomson
      A. Robert E. Thomson WSBA #8597
9     Attorneys for Plaintiff Watkins

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANT ICON OWNER POOL 1 WEST, LLC WITH
PREJUDICE (Cause No. 2:18-CV-00706-RSL) – Page 2

**SCHEER LAW GROUP LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

## II. ORDER

Based on the above stipulation of the Parties, IT IS ORDERED:

All claims by Plaintiff Cheryl Watkins against Defendant ICON Owner Pool 1 West, LLC are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

DATED THIS ___3rd___ day of ___August___, 2018.

_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

**ROBERT D. BOHM, P.L.L.C.**              **SCHEER LAW GROUP LLP**

By /s/Robert D/ Bohm                                By /s/ Jonathan Dirk Holt
   Robert D. Bohm WSBA #42703              Jonathan Dirk Holt, WSBA No. 28433
   Attorneys for Plaintiff                              Attorneys for Defendant

**A. ROBERT E. THOMSON LAW OFFICES**

By /s/Robert E Thomson
   A. Robert E. Thomson WSBA #8597
   Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT ICON OWNER POOL 1 WEST, LLC WITH PREJUDICE (Cause No. 2:18-CV-00706-RSL) – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065