UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL WATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>ICON OWNER POOL 1 WEST, LLC, a Delaware limited liability company doing business in Washington; BLACK & WHITE I-V,<br><br>    Defendants. | No. C18-706RSL<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on May 15, 2018. To date, service of the summons and complaint has not been made on defendant Black & White I-V, as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed as to that defendant. Plaintiff shall file a responsive brief no later than September 28, 2018.

    DATED this 14th day of September, 2018.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge